[No. 61228-0-I.   Division One.   June 15, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. CHARLENE FRIESEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-03317-0, Jeffrey M. Ramsdell, J., entered January 9, 2008. *Affirmed* by unpublished opinion per Becker, J., concurred in by Grosse and Agid, JJ.

[No. 61341-3-I.   Division One.   June 15, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. REGINALD MERCHANT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 04-1-05662-1, Nicole MacInnes, J., entered February 7, 2008. *Dismissed* by unpublished per curiam opinion.

[No. 61361-8-I.   Division One.   June 15, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK WAYNE CROW, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 07-1-00264-3, Alan R. Hancock, J., entered February 14, 2008. *Affirmed* by unpublished opinion per Lau, J., concurred in by Agid and Appelwick, JJ.

[No. 61521-1-I.   Division One.   June 15, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. KONSTANTINO A. CHRISTOFILIS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-04862-2, Charles W. Mertel, J., entered March 10, 2008. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Appelwick and Leach, JJ.